| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hoffman, Jr., John E. | 2. Court or Organization U.S. Bankruptcy Court, Southern District of Ohio | 3. Date of Report 08/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
170 N. High St.
Columbus, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | The Ohio State University Moritz College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | The Ohio State University Moritz College of Law (teaching salary) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Children's Hospital Close to Home, |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 15-21, 2019 | San Diego, CA | Conference | Travel, meals, and lodging |
| 2. | Federal Bar Association of Western Michigan | July 26-29, 2019 | Thompsonville, MI | Seminar | Travel and lodging |
| 3. | American Bankruptcy Institute | August 19-21, 2019 | Cincinnati, OH | Midwestern Regional Bankruptcy Institute | Travel, meals, and lodging |
| 4. | National Conference of Bankruptcy Judges | October 30-November 1, 2019 | Washington, DC | Annual Meeting | Travel, meals, and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr., John E. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Jr., John E.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Huntington Bank (cash) | A | Interest | K | T | | | | | |
| 3. National Financial Services Bank Deposit Sweep Program (cash) | A | Int./Div. | L | T | | | | | |
| 4. Brokerage #1 (H) | | | | | | | | | |
| 5. Merrill Lynch Bank Deposit Program (cash) (X) | A | Interest | J | T | | | | | |
| 6. iShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 7. | | | | | Sold (part) | 10/24/19 | J | A | |
| 8. iShares National Muni Bond ETF (MUB) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 9. | | | | | Sold (part) | 10/04/19 | J | A | |
| 10. | | | | | Sold (part) | 10/24/19 | J | A | |
| 11. iShares Core S&P U.S. Growth ETF (IUSG) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 12. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 13. | | | | | Sold (part) | 10/04/19 | J | A | |
| 14. | | | | | Sold (part) | 10/24/19 | J | A | |
| 15. iShares Core S&P U.S. Value ETF (IUSV) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 16. | | | | | Sold (part) | 10/04/19 | J | A | |
| 17. | | | | | Sold (part) | 10/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Jr., John E.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Microsoft Corp (MSFT) (X) | A | Dividend | | | Sold | 05/24/19 | K | C | |
| 19.  New Residential Invt (NRZ) (X) | | None | | | Sold | 05/24/19 | K | | |
| 20.  United Bancorp Inc Ohio (UBCP) (X) | | None | | | Sold | 05/24/19 | K | B | |
| 21.  Blackrock Enhanced Global Dividend Trust (BOE) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 22.  Blackrock Enhanced Equity Dividend Trust (BDJ) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 23.  Blackrock Health Sciences Trust (BME) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 24.  Eaton Vance Tax Managed Global Buy Wrt Opp Fd (ETW) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 25.  Pimco Muni Income II (PML) (X) | A | Dividend | | | Sold | 05/24/19 | K | B | |
| 26.  Vaneck Vectors High Yield Municipal Index ETF (HYD) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 27. | | | | | Sold (part) | 10/24/19 | J | A | |
| 28.  Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 29. | | | | | Sold (part) | 06/14/19 | J | A | |
| 30. | | | | | Sold (part) | 10/24/19 | J | A | |
| 31.  Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 32. | | | | | Sold (part) | 06/14/19 | J | A | |
| 33. | | | | | Sold (part) | 10/24/19 | J | A | |
| 34.  IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Jr., John E.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America Cash Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 36. Amgen Inc Com (AMGN) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 37. American Electric Power Co (AEP) (X) | A | Dividend | | | Sold | 05/24/19 | J | B | |
| 38. Astrazeneca PLC Spnd ADR (AZN) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 39. AT&T Inc (T) (X) | | None | | | Sold | 05/24/19 | J | | |
| 40. Boeing Company (BA) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 41. Broadcom LTD (AVGO) (X) | | None | | | Sold | 05/24/19 | J | | |
| 42. Carnival Corp Paired Shs (CCL) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 43. Chevron Corp (CVX) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 44. Chubb Ltd (CB) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 45. Cisco Systems Inc Com (CSCO) (X) | | None | | | Sold | 05/24/19 | J | B | |
| 46. Citigroup Inc Com New (C) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 47. CME Group Inc (CME) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 48. Coca Cola Com (KO) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 49. Crown Castle Reit Inc (CCI) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 50. Digital Realty Tr Inc (DLR) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 51. Duke Energy Corp New (DUK) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Jr., John E.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exelon Corporation (EXC) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 53. Exxon Mobil Corp Com (XOM) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 54. Johnson and Johnson Com (JNJ) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 55. JPMorgan Chase & Co (JPM) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 56. Lockheed Martin Corp (LMT) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 57. McDonalds Corp Com (MCD) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 58. Merck and Co Inc Shs (MRK) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 59. Microsoft Corp (MSFT) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 60. Pepsico Inc (PEP) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 61. Pfizer Inc (PFE) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 62. Royal Bank Canada PV$1 (RY) (X) | | None | | | Sold | 05/24/19 | J | A | |
| 63. Royal Dutch Shell PLC (RDSB) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 64. Simon Property Group Del (SPG) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 65. Target Corp Com (TGT) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 66. Toronto Dominion Bank (TD) (X) | | None | | | Sold | 05/24/19 | J | B | |
| 67. United Techs Corp Com (UTX) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 68. Verizon Communications Com (VZ) (X) | | None | | | Sold | 05/24/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Walmart Inc (WMT) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 70. Invesco Emerging Markets Sovereign Debt ETF (PCY) (X) | A | Dividend | | | Sold | 05/24/19 | J | | |
| 71. iShares IBOXX Invt Grade Corp Bd (LQD) (X) | A | Dividend | J | T | | | | | |
| 72. iShares Tips Bond ETF (TIP) (X) | A | Dividend | J | T | | | | | |
| 73. iShares 3-7 Year Treasury Bond ETF (IEI) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 74. iShares MBS ETF (MBB) (X) | A | Dividend | J | T | | | | | |
| 75. iShares IBOXX High Yield Corp Bond (HYG) (X) | A | Dividend | J | T | | | | | |
| 76. iShares Inc Core MSCI Emerging Mkts ETF (IEMG) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 77. | | | | | Sold (part) | 06/13/19 | J | A | |
| 78. iShares Tr Core MSCI EAF ETF (IEFA) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 79. | | | | | Sold (part) | 06/13/19 | J | A | |
| 80. Schwab Short Term US Treasury ETF (SCHO) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 81. Vanguard Small Cap Value ETF (VBR) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 82. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 83. Vanguard Value ETF (VTV) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 84. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Buy | 05/24/19 | K | | |
| 85. | | | | | Buy (add'l) | 06/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hoffman, Jr., John E. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard Intermediate Term Bond ETF (BIV) (X) | A | Dividend | J | T | Sold (part) | 05/24/19 | J | | |
| 87. Vanguard Short Term Bond (BSV) (X) | A | Dividend | | | Sold | 05/24/19 | J | A | |
| 88. Vanguard Short Term Corp Bond (VCSH) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 89. Vanguard Intermediate Term Corp Bond (VCIT) | A | Dividend | J | T | Buy | 05/24/19 | J | | |
| 90. Nationwide Children's Hospital Defined Contribution Plan #1 (H) | | | | | | | | | |
| 91. Vanguard Inst Target Retirement 2025 Inst (X) | B | Dividend | K | T | Buy (add'l) | 12/05/19 | J | | |
| 92. Nationwide Children's Hospital Tax-Sheltered Variable Annuity (H) | | | | | | | | | |
| 93. Vanguard Inst Target Retirement 2025 Inst (X) | A | Dividend | J | T | | | | | |
| 94. Scudder Destinations Variable Annuity #1 (H) | | | | | | | | | |
| 95. DWS Global Opportunities | | None | J | T | | | | | |
| 96. Deutsche Global Equity VIP | | None | J | T | | | | | |
| 97. DWS Equity 500 Index | | None | K | T | | | | | |
| 98. DWS Large Cap Value | | None | J | T | | | | | |
| 99. DWS Capital Growth | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hoffman, Jr., John E.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Brokerage #1 and IRA #1 became reportable during this reporting period without corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Hoffman, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544